**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-00446-RM-STV

WILEYGREEN, LLC,

      Plaintiff

v.

KHONA LABS, LLC; STONEHAUS LABS, LLC; BALLINAF, LLC; MATTHEW TROYER; and DOES 1-10,

      Defendants

---

**DEFENDANTS' STATEMENT OF UNDISPUTED MATERIAL FACTS**

---

| | Moving Party's Statement of Undisputed Material Facts ("MSUMF") and Supporting Evidence | Opposing Party's Response and Additional Facts and Supporting Evidence ("OSUMF") | Moving Party's Reply and Supporting Evidence ("RSUMF") |
|---|---|---|---|
| 1. | Khona and WileyGreen entered into a contract on July 25, 2019. Exh. 1, Memorandum of Understanding | | |
| 2. | The brokers were to receive the following amounts for the sale of Khona's product: WileyGreen ($3.50/lb), Lay ($2.00/lb), and Polizzi ($2.00/lb). Exh. 2, Sales Transaction and Compensation Notification Letter dated July 30, 2019. | | |
| 3. | WileyGreen, Lay, and Polizzi each received separate and independent payments directly from Khona as brokers via funds wired to their independent bank accounts. Exh. 3, Chase Bank Statement dated August 1 – August 30, 2019 at 2-3. | | |

| 4. | WileyGreen seeks to recover broker fees totaling $330,000 in damages that include payments allegedly due to Lay and Polizzi.  Exh. 4, Plaintiff's Response to Interrogatory No. 2 at 2. | | |
|---|---|---|---|
| 5. | Khona filed a Complaint against KushCo to recover amounts owed. Exh. 5, Complaint dated February 21, 2020. | | |
| 6. | Khona and KushCo settled Khona's action.  Exh. 6, Settlement Agreement dated March 3, 2020. | | |
| 7. | CBDerm imposed $351,440 in penalties and fines on Khona.  Exh. 7, CDBerm Invoice. | | |
| 8. | WileyGreen agreed to "share fee expenses" regarding fees and penalties owed by Khona to CBDerm.  Exh. 8, B. Watkins text dated January 6, 2020. | | |
| 9. | Khona paid brokers fees of $196,000 to WileyGreen and $112,000 each to Lay and Polizzi.  Khona also made an additional $53,000 payment for brokers fees to WileyGreen.  Exh. 9, Summary of payments. | | |
| 10. | Khona's Answer contains the Affirmative Defense of real party in interest.  Exh. 10,  Answer to Fourth Amended Complaint, Affirmative Defense 5. | | |

Dated this 14th day of October, 2022.

Respectfully submitted,

s/ *Frederick T. Winters*
Frederick T. Winters
Cyd Hunt
M. Gabriel McFarland
MCFARLAND LITIGATION PARTNERS, LLC
910 13th St., Suite 200
Golden, Colorado 80401
303.279.8300
fwinters@mcfarland.law
cyd@mcfarland.law
gabe@mcfarland.law

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE  OF SERVICE

I hereby certify that on October 14, 2022, a true and correct copy of the foregoing
**DEFENDANTS' STATEMENT OF UNDISPUTED MATERIAL FACTS** has been filed
with the Clerk of Court using the CM/ECF system with a copy served upon the following:

Brendan Ozanne
Dawson & Ozanne
brendan@dawson-ozanne.com

s/Gina Bowermaster
Gina Bowermaster

3