**EXHIBIT 1**

Case No. 1:20-cv-00446-RM-STV    Document 77-1    filed 10/14/22    USDC Colorado
pg 1 of 4

## MEMORANDUM OF UNDERSTANDING

This Business Development Agreement (the "Agreement") is entered into on the date of last signing below, (the "Effective Date") between Khona Labs, LLC located at 5550 W 60th Ave, Arvada CO 80003, (the "Khona"), and Bruce Watkins, c/o WileyGreen LLC, located at 5714 Old Tisbury Lane, Orcutt CA 93455 (the "Agents"). Khona and each Agent party to this Agreement may be identified hereafter as "Party" and collectively as "Parties". The Parties agree as follows:

### RECITALS

Whereas;  Khona is a producer and/or distributor of Hemp and/or Hemp-derived cannabidiol (CBD) products (the "Products") seeking to sell its products under approved guidelines in the United States (the "Territory"), and;

Wherea; Khona and MSE Labs, located at 16800 Coal Creek Canyon Road, Arvada CO 8003 (the "MSE") are substantially affiliated with one another to act jointly as producers and/or distributors of Hemp and/or Hemp-derived cannabidiol (CBD) products (the "Products") seeking to sell its products under approved guidelines in the United States (the "Territory"), and;

Whereas; MSE and Agents have together executed a binding Memorandum of Understanding date July 03, 2019, a copy of which is provided herewith (the "MSE MOU"), and;

Now Therefore, in Consideration for the contemplated good-faith efforts and Compensation set forth in the MSE MOU and herein, the following shall govern the terms and relationship between the parties:

### EXTENSION OF THE MSE MOU

Upon the signatures to this MOU, Khona agrees to be bound by the terms and conditions of the MSE MOU, to such effect that Khona and MSE are bound together as affiliated entities subject to the same terms and conditions with the Agents as set forth in the MSE MOU; which specifically includes but is not limited to the Compensation, Confidentiality and Non-Circumvention provisions of the MSE MOU.

### CURRENT REGISTERED BUYERS

The MSE MOU provides for Buyer Registration provisions that have been followed under the MSE MOU prior to the execution of this MOU. Presently, the Registered Buyers under the MSE MOU and applicable to this MOU are as follows:

> The Vertical Companies
> www.vertcos.com
> c/o Drew Milburn; Chief Operating Officer
> Corporate Headquarters
> 29800 Agoura Rd Suite 100
> Agoura Hills, CA 91301
>
> Kushco Holdings
> https://www.kushco.com
> c/o Jason Vegotsky; President and
> Rodrigo De Oliveira; Chief Operating Officer
> 11958 Monarch Street
> Garden Grove, CA 92841

### TERM AND TERMINATION

This Agreement shall be valid for one year from the Effective Date and terminate thereafter unless extended in writing by both parties. This Agreement may be terminated at any time for any reason by either Party with two (2) days written notice. Upon Termination, any Registered Buyer will continue to be recognized by both parties as a Registered Buyer for the twelve-month period specified above under "Buyer Registration", and Agents shall remain eligible for all Compensation due for any Sale Transaction completed with any Registered Buyer.

CONFIDENTIAL                          KL – 00016                          Page 1 of 3

MEMORANDUM OF UNDERSTANDING

## MISCELLANEOUS

<u>Assignment</u>. This Agreement is not assignable without the prior written consent of both Parties.

<u>Waiver</u>. No failure on the part of either party to exercise any power, right, privilege or remedy under this Agreement, and no delay on the part of either party in exercising any power, right, privilege or remedy under this Agreement, will operate as a waiver thereof.

<u>Force Majeure</u>. Each party is excused from performance of this Agreement and will not be liable for any delay in whole or in part caused by the occurrence of any force majeure event, which is beyond the reasonable control of such party. These force majeure events include, without limitation, war, act of government, fire, natural disaster or other act of God.

<u>Agency</u>. No agency, partnership, joint venture, or employment relationship is created as a result of this Agreement and neither party has any authority of any kind to bind the other party in any respect whatsoever.

<u>Legal Fees</u>. In any action or proceeding to enforce rights under this Agreement, the substantially prevailing party will be entitled to recover costs and attorneys' fees.

<u>Notices</u>. All notices under this Agreement will be in writing and will be deemed to have been duly given when received, if personally delivered; when receipt is electronically confirmed, if transmitted by facsimile or e-mail; the day after it is sent, if sent for next day delivery by recognized overnight delivery service; and upon receipt, if sent by certified or registered mail, return receipt requested.

<u>Counterparts</u>. This Agreement may be executed in several counterparts, each of which will constitute an original and all of which, when taken together, will constitute one and the same agreement.

<u>Modification</u>: This Agreement may only be modified by a written document expressly stated for such purpose and executed by the parties. All terms in any ordering or purchasing document relating to the subject matter of this Agreement that are additional or supplemental to, different from or in conflict with the terms and conditions of this Agreement are null and void and of no effect and hereby rejected by the parties.

<u>Jurisdiction</u>. This Agreement shall be governed by the laws of the State of Colorado without regard to its conflict of law provisions. The parties expressly agree to exclusive jurisdiction in any competent court of Denver County, Colorado, and all claims or proceedings brought by a party relating to this Agreement will be brought only in the federal or state courts of such jurisdiction.

SIGNATURE PAGE FOLLOWS
REMAINDER OF THIS PAGE INTENTIONALLY BLANK

SIGNATURE

This Agreement is the complete agreement between the parties concerning the subject matter hereof and replaces any prior or contemporaneous oral or written communication concerning the matter hereof. Each party has caused this Agreement to be duly executed and is duly authorized to enter into this Agreement on such party's behalf:

On Behalf of Khona Labs, LLC:

Signature:_____

Name: _Matt Troyer_____

Title: __Owner/Managing Member_____

Date: _____

On Behalf of MSE Labs, LLC:

Signature:_____

Name: _Anthony Smith_____

Title: __Owner/Manager_____

Date: _____

On Behalf of Agents: WileyGreen LLC

Signature:_____

Name: _Bruce Watkins_____

Title: __Manager_____

Date: __07/26/19_____

CONFIDENTIAL

KL – 00018