**EXHIBIT 2**

Case No. 1:20-cv-00446-RM-STV    Document 77-2    filed 10/14/22    USDC Colorado
pg 1 of 3

Confidential

SALES TRANSACTION and
COMPENSATION NOTIFICATION LETTER
July 30, 2019

Matt Troyer
c/o Khona Labs, LLC
5550 W 60th Ave,
Arvada CO 80003

AND

Anthony Smith
c/o MSE Labs, LLC
16800 Coal Creek Canyon Road
Arvada CO 80007

Per our mutually executed Memorandum of Understanding effective July 03, 2019 and the provisions thereof under the sections for Buyer Registration, Sale Transaction Direct from Registered Buyer to Seller and Compensation, please let the following information serve to form the provisions and method of the Compensation.

<u>Registered Buyer:</u>
Kushco Holdings
https://www.kushco.com
c/o Jason Vegotsky; President and
Rodrigo De Oliveira; Chief Operating Officer
11958 Monarch Street
Garden Grove, CA 92841

<u>Sales Transaction Details:</u>

| | |
|---|---|
| • Purchase Item: | Hemp Pellets; COA Botanacor 9.97% CBD |
| • Purchase Amount (Pounds): | 100,000 pounds |
| • Seller (MSE Labs) Price Quote (Per Pound): | $37.00 per pound |
| • Compensation (Per Pound): | $7.50 per pound |
| • Price Quote to Registered Buyer (Per Pound): | $44.50 per pound |

| <u>Total Sales Transaction Amount:</u> | <u>$4,450,000.00</u> |
|---|---|
| • Total Agent Compensation: | $750,000.00 |
| • Net to Seller (MSE Labs): | $3,700,000.00 |

All invoices and price quotes to the Registered Buyer must be quoted at the rate of $44.50 per pound.

<u>Seller (MSE Labs) Payment Instructions:</u>
The total Sales Transaction Amount of $4,450,000.00 will be paid by the Registered Buyer via wire transfer to the following Seller Account:

Khona Labs LLC

Account Number: 
Routing Number: 

KL – 00019

Confidential

Compensation Payment Instructions:

The Agent Compensation payment of $750,000.00 will be paid out of the Sales Transaction Amount of $4,450,000.000 after the Sales Transaction payment has been deposited into and on the same business day as the Sales Transaction Amount has cleared the Seller's bank account. The Agent Compensation will be paid via three separate disbursements as follows:

1.  $2.00 per pound, $200,000.00 total Compensation paid via wire transfer to:

    **Dan Houng Lay**
    11285 SE Vernazza LN
    Happy Valley, OR 97086
    PH: 718.223.7374
    Email: md13140905@gmail.com
    Bank Wire Transfer Information
    
        Account Number:
        Routing Number:

2.  $2.00 per pound, $200,000.00 total Compensation paid via wire transfer to:

    **Joseph A Polizzi**
    60 Eldridge street, Suite 5C
    New York, NY 10002
    PH: 917.662.8082
    Email: joey05050@gmail.com
    Bank Wire Transfer Information:
    
        Account Number:
        Routing Number:

3.  $3.50 per pound, $350,000.00 total Compensation paid via wire transfer to:

    **Bruce Watkins**
    c/o WileyGreen LLC
    5714 Old Tisbury Lane
    Orcutt, CA 93455
    PH: 858.336.4324
    Email: bwileywatkins@gmail.com
    Bank Wire Transfer Information:
        Account Name:
        Bank Name:
        Account Number:
        Routing Number:
    

Please make me aware once the Sales Transaction deposit has cleared and the Agent Compensation Wire Transfers have been sent to the above three accounts. We look forward to the opportunity to conduct additional Sales Transactions with you in the future. Please do not hesitate to let me know if you have any questions. Thank you, and best regards.

Bruce W. Watkins