**EXHIBIT 3**

Case No. 1:20-cv-00446-RM-STV    Document 77-3    filed 10/14/22    USDC Colorado
pg 1 of 5



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218- 2051

August 01, 2019 through August 30, 2019

Account Number:     **000000398066966**

00106140 DRE 501 141 24319 NNNNNNNNNNN T 1 000000000 64 0000

KHONA LABS, LLC
5550 W 60TH AVE
ARVADA CO 80003-5710

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



0106140020100000022

## CHECKING SUMMARY | Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$24,888.83** |
| Deposits and Additions | 5 | 2,494,741.00 |
| ATM & Debit Card Withdrawals | 8 | -3,090.12 |
| Electronic Withdrawals | 23 | -2,448,574.33 |
| **Ending Balance** | **36** | **$67,965.38** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/06 | Fedwire Credit Via: Hsbc Bank USA, N.A./021001088 B/O: Kim International Corporation Cypress CA/US Ref: Chase Nyc/Ctr/Bnf=Khona Labs, LLC Arvada, CO 800035710/Ac-000000003980 Rfb=O/B Hsbc USA Bbi=/Chgs/USD0,00/Das/Ref:51765J700I00 Imad: 0806B1Q8984C000283 Trn: 0155909218Ff | $534,000.00 |
| 08/14 | Fedwire Credit Via: Hsbc Bank USA, N.A./021001088 B/O: Kim International Corporation Cypress CA/US Ref: Chase Nyc/Ctr/Bnf=Khona Labs, LLC Arvada, CO 800035710/Ac-000000003980 Rfb=O/B Hsbc USA Obi=Inv 1051 Bbi=/Chgs/USD0,00/Das/Ref:29965Jf0199E Imad: 0814B1Q8983C000278 Trn: 0158609226Ff | 534,000.00 |
| 08/28 | Fedwire Credit Via: Hsbc Bank USA, N.A./021001088 B/O: Kim International Corporation Cypress CA/US Ref: Chase Nyc/Ctr/Bnf=Khona Labs, LLC Arvada, CO 800035710/Ac-000000003980 Rfb=O/B Hsbc USA Bbi=/Chgs/USD0,00/Das/Ref:11555Jt006W7 Imad: 0828B1Q8983C000241 Trn: 0151609240Ff | 1,424,000.00 |
| 08/28 | Online Transfer From Chk ...9590 Transaction#: 8583389681 | 1,767.00 |
| 08/28 | Online Transfer From Chk ...1905 Transaction#: 8584219198 | 974.00 |
| **Total Deposits and Additions** | | **$2,494,741.00** |

CONFIDENTIAL-KL00070



August 01, 2019 through August 30, 2019

Account Number: **000000398066966**

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 08/07 | Card Purchase | 08/06 Snooze, An A.M. Eatery Denver CO Card 9312 | $42.40 |
| 08/09 | Card Purchase | 08/08 Snooze Soco LLC Denver CO Card 9312 | 58.97 |
| 08/14 | Card Purchase | 08/13 Sierra Littleton CO Card 9312 | 54.51 |
| 08/22 | Card Purchase | 08/20 Denver Beer CO Arvada Arvada CO Card 9312 | 28.07 |
| 08/26 | Card Purchase | 08/24 Volare New York NY Card 9312 | 156.60 |
| 08/26 | Card Purchase | 08/24 Mr. Purple 212-7506361 NY Card 9312 | 974.30 |
| 08/26 | Card Purchase | 08/25 Starbucks Store 07626 New York NY Card 9312 | 8.60 |
| 08/27 | Card Purchase | 08/25 PHD New York NY Card 9312 | 1,766.67 |
| **Total ATM & Debit Card Withdrawals** | | | **$3,090.12** |

## ATM & DEBIT CARD SUMMARY

Matthew Aaron Troyer   Card 9312

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $3,090.12 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $3,090.12 |
| Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/06 | 08/06 Online Transfer To Chk ...9590 Transaction#: 8510373792 | $24,000.00 |
| 08/06 | 08/06 Online Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: C8Derm San Francisco CA 94104 US Ref:/Time/11:52 Imad: 0806B1Qgc03C010297 Trn: 4486200218Es | 384,000.00 |
| 08/06 | 08/06 Online Domestic Wire Transfer Via: Bank of America, N.A./0959 A/C: Bank of America Boise ID Ben: Mse Labs Arvada CO 80403 US Ssn: 0366149 Trn: 4498600218Es | 3,532.33 |
| 08/06 | 08/06 Online Domestic Wire Transfer Via: Bank of America, N.A./0959 A/C: Bank of America Boise ID Ben: Mse Labs Arvada CO 80403 US Ssn: 0366310 Trn: 4509800218Es | 12,000.00 |
| 08/07 | 08/07 Online Domestic Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Davcom Holdings Inc Orcutt CA 93455 US Imad: 0807B1Qgc05C002210 Trn: 5122000218Es | 42,000.00 |
| 08/07 | 08/07 Online Domestic Wire Transfer Via: TD Bank NA/031101266 A/C: Joseph Polizzi New York NY 10002 US Imad: 0807B1Qgc02C002046 Trn: 4987400218Es | 24,000.00 |
| 08/08 | 08/08 Online Domestic Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Bmgsc Youngstown OH 44514 US Imad: 0808B1Qgc05C000854 Trn: 5268800219Es | 24,000.00 |
| 08/12 | 08/12 Online Transfer To Chk ...0771 Transaction#: 8530671261 | 580.00 |
| 08/12 | 08/12 Online Domestic Wire Transfer Via: Denver Commn CU/302075694 A/C: Green Home Electric Denver CO 80219 US Imad: 0812B1Qgc04C005610 Trn: 6176500224Es | 16,462.00 |
| 08/13 | 08/13 Online Domestic Wire Transfer Via: Citibank West Fsb/322271724 A/C: Das Distribution Holding Happy Valley OR 97086 US Imad: 0813B1Qgc03C005294 Trn: 3441400225Es | 24,000.00 |
| 08/14 | 08/14 Online Transfer To Chk ...9590 Transaction#: 8535938428 | 24,000.00 |
| 08/14 | 08/14 Online Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: C8Derm San Francisco CA 94104 US Ref:/Time/10:34 Imad: 0814B1Qgc04C003660 Trn: 4108900226Es | 378,000.00 |
| 08/14 | 08/14 Online Domestic Wire Transfer Via: Bank of America, N.A./0959 A/C: Bank of America Boise ID Ben: Mse Labs Arvada CO 80403 US Ssn: 0307423 Trn: 4182600226Es | 18,000.00 |
| 08/14 | 08/14 Online Domestic Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Davcom Holdings Inc Orcutt CA 93455 US Imad: 0814B1Qgc06C005398 Trn: 4910900226Es | 42,000.00 |
| 08/14 | 08/14 Online Domestic Wire Transfer Via: TD Bank NA/031101266 A/C: Joseph Polizzi New York NY 10002 US Imad: 0814B1Qgc01C012531 Trn: 4912500226Es | 24,000.00 |

**CONFIDENTIAL-KL00071**



August 01, 2019 through August 30, 2019

Account Number:   **000000398066966**

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/14 | 08/14 Online Domestic Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Bmgsc Youngstown OH 44514 US Imad: 0814B1Qgc07C007622 Trn: 4921300226Es | 24,000.00 |
| 08/19 | 08/19 Online Domestic Wire Transfer Via: Citibank West Fsb/322271724 A/C: Das Distribution Holding Happy Valley OR 97086 US Imad: 0819B1Qgc01C007081 Trn: 5417600231Es | 24,000.00 |
| 08/28 | 08/28 Online Transfer To Chk ...9590 Transaction#: 8583387670 | 112,000.00 |
| 08/29 | 08/29 Online Domestic Wire Transfer Via: Bank of America, N.A./0959 A/C: Bank of America Boise ID Ben: Mse Labs Arvada CO 80403 US Ssn: 0444807 Trn: 5200200241Es | 48,000.00 |
| 08/29 | 08/29 Online Domestic Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Davcom Holdings Inc Orcutt CA 93455 US Imad: 0829B1Qgc02C009905 Trn: 5203100241Es | 112,000.00 |
| 08/29 | 08/29 Online Domestic Wire Transfer Via: TD Bank NA/031101266 A/C: Joseph Polizzi New York NY 10002 US Imad: 0829B1Qgc07C011529 Trn: 5239300241Es | 64,000.00 |
| 08/29 | 08/29 Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: Cbdermaceuticals Ref:/Time/15:45 Imad: 0829B1Qgc07C014669 Trn: 5467700241Es | 960,000.00 |
| 08/30 | 08/30 Online Domestic Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Bmgsc Youngstown OH 44514 US Imad: 0830B1Qgc07C001561 Trn: 4996600242Es | 64,000.00 |

**Total Electronic Withdrawals** **$2,448,574.33**



## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 08/06 | $135,356.50 | 08/13 | 4,213.13 | 08/27 | 1,224.38 |
| 08/07 | 69,314.10 | 08/14 | 28,158.62 | 08/28 | 1,315,965.38 |
| 08/08 | 45,314.10 | 08/19 | 4,158.62 | 08/29 | 131,965.38 |
| 08/09 | 45,255.13 | 08/22 | 4,130.55 | 08/30 | 67,965.38 |
| 08/12 | 28,213.13 | 08/26 | 2,991.05 | | |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $95.00 |
| Other Service Charges | $375.00 |
| **Total Service Charges** | **$470.00**   Will be assessed on 9/3/19 |

You were assessed a monthly service fee on your  Chase Platinum Business Checking  account because you did not maintain the required relationship balance.

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | $95.00 | $95.00 |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 3 | Unlimited | 0 | $0.40 | $0.00 |
| **Credits** | | | | | |
| Non-Electronic Transactions | 27 | 500 | 0 | $0.40 | $0.00 |
| **Electronic Credits** | | | | | |
| Domestic Incoming Wire Fee | 3 | Unlimited | 0 | $15.00 | $0.00 |
| **Miscellaneous Fees** | | | | | |
| Domestic Wire Fee | 1 | 1 | 0 | $35.00 | $0.00 |
| Online Domestic Wire Fee | 18 | 3 | 15 | $25.00 | $375.00 |
| **Subtotal Other Service Charges (Will be assessed on 9/3/19)** | | | | | **$470.00** |

**ACCOUNT** 000000398066966

**Monthly Service Fee**

**CONFIDENTIAL-KL00072**



August 01, 2019 through August 30, 2019

Account Number: **000000398066966**

| SERVICE CHARGE DETAIL | | | | | |
|---|---|---|---|---|---|

*(continued)*

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| Monthly Service Fee | 1 | | | | |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 3 | | | | |
| **Credits** | | | | | |
| Non-Electronic Transactions | 27 | | | | |
| **Electronic Credits** | | | | | |
| Domestic Incoming Wire Fee | 3 | | | | |
| **Miscellaneous Fees** | | | | | |
| Domestic Wire Fee | 1 | | | | |
| Online Domestic Wire Fee | 18 | | | | |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A.  Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**

CONFIDENTIAL-KL00073