**EXHIBIT 4**

Case No. 1:20-cv-00446-RM-STV   Document 77-4   filed 10/14/22   USDC Colorado pg 1 of 12

Brendan K. Ozanne, SBN: 185806
DAWSON & OZANNE
5755 Oberlin Drive, Ste. 301
San Diego, CA 92121
Telephone: (760) 877-9552
Email: brendan@dawson&ozanne.com

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| WILEYGREEN, LLC, an individual, et al. | Civil Action No.: 1-20-CV-00446-STV |
| Plaintiff, | |
| v. | **PLAINTIFF WILEYGREEN, LLC RESPONSES TO DEFENDANTS' INTERROGATORIES, REQUEST FOR ADMISSION AND REQUSET FOR PRODUCTION (SET ONE).** |
| KHONA LABS, LLC, a Colorado limited liability company, MATTHEW TROYER, an individual STONEHAUS LABS, LLC and BALLINAF, LLC, | |
| Defendants. | |

PROPOUNDING PARTY:    Plaintiff WILEYGREEN, LLC

RESPONDING PARTY:    Defendant KHONA LABS, LLC

SET NO.:    One

**PRELIMINARY STATEMENT**

This Responding party has not fully completed its investigation of the facts relating to this case, has not fully completed his discovery in this action, and has not completed its preparation for trial. All of the responses contained herein are based solely upon such information and documents that are presently available to and specifically known to this Responding Party. It is anticipated that further discovery, independent investigation, legal research and analysis will supply additional facts and meaning to the unknown facts, as well as establish entirely new conclusions and legal contentions, all of which may lead to substantial additions to, changes and variations to the

PLAINTIFF WILEYGREEN, LLC RESPONSES TO DEFENDANTS' INTERROGATORIES, RFA AND RFP (SET ONE)

contentions herein set forth.

The following responses are given without prejudice to Responding Party's right to produce evidence of any subsequently discovered fact or facts that this Responding Party may later recall. Responding Party accordingly reserves the right to change and an all responses herein as additional facts are ascertained, analysis is made, legal research is completed and contentions are made. The responses contained herein are made in a good faith effort to supply as much factual information and as much specification of legal contentions as are presently known but in no way shall prejudice Responding Party in relation to further discovery, research or analysis.

## RESPONSES TO INTERROGATORIES

### INTERROGATORY NO. 1:

Identify every person who responded to or assisted in responding to these discovery requests and state your relationship to that person.

### RESPONSE TO INTERROGATORY NO. 1:

Brendan K. Ozanne; Melissa Shaffer; Bruce Watkins.

### INTERROGATORY NO. 2:

Explain in detail the calculation of $381,557.47 you claimed as damages in your Fourth Amended Complaint, including without limitation:

    a.    The date of any payment you claim was owed to you but not tendered;

    b.    To whom you contend the payment should have been made and that person's or entity's relationship to WileyGreen, LLC;

    c.    The consideration provided by the payee for the payment;

    d.    The calculation of interest and the basis therefor; and

    e.    The amount of attorney fees claimed and the source of any right to collection of the same.

2

)

**RESPONSE TO INTERROGATORY NO. 2:**

a.    October 25, 2019 total of $70,786.52; November of 2019 $16,853.93; December of 2019 $16,853.93; January of 2020 $16,853.93; February or March 2020 $208,651.69; Please see Exhibit 1 hereto for a complete breakdown of payments and amounts due and owing.

b.    Plaintiff; Davcom, Das Distribution (is Dan Houng Lay's company) and Joe Pollizi. All of these entities and affiliates are either members of WileyGreen or were involved in the transaction from Plaintiff's side.

c.    Plaintiff, Davcom (an entity affiliated with WileyGreen), Joe Pollizi and Das Distribution were involved in bringing KushCo Holdings to the transaction.

d.    Please see Ex. 1 hereto, interest was calculated per the contract between Plaintiff and Khona.

e.    To date, the fees owed are $61,454.20.  Written agreement by and between Khona Labs and Plaintiff provides for attorney's fees and costs to prevailing party.

**INTERROGATORY NO. 3:**

Describe when, why, and by whom WileyGreen, LLC was dissolved.

**RESPONSE TO INTERROGATORY NO. 3:**

The LLC failed to file an annual report in a timely manner for the year 2020.  It has since been filed and an annual report for 2021 and 2022 will be filed within the next 30 days and the LLC will be reinstated.

**INTERROGATORY NO. 4:**

Identify the disbursement of WileyGreen LLC's assets upon dissolution, including without limitation the value of every asset and the recipients of the assets.

**RESPONSE TO INTERROGATORY NO. 4:**

No assets have been distributed as this was an administrative act by the South Dakota Secretary of State.

3

PLAINTIFF WILEYGREEN, LLC RESPONSES TO DEFENDANTS' INTERROGATORIES, RFA AND RFP (SET ONE)

)

**INTERROGATORY NO. 5:**

Describe every act or omission by any Defendant to conceal or intentionally withhold information regarding payments from KushCo Holdings, as averred in your Fourth Amended Complaint, including without limitation:

      a.      What specific information was withheld and by whom;

      b.      The basis for any duty to disclose the information to you;

      c.      How and when you learned of the concealed information; and

      d.      Any damages you sustained because of the concealment.

**RESPONSE TO INTERROGATORY NO. 5:**

      a.      Khona never disclosed it was not the farmer prior to the contract being entered into. Khona never conveyed to Plaintiff the dates monies were to be paid and in fact when Khona was paid by KushCo Holdings. Khona never disclosed to Plaintiff the amount or number of other persons involved in this transaction. Khona never disclosed to Plaintiff that there were late charges incurred, or that they were an element of this transaction until January of 2020. Investigation and discovery continue.

      b.      Contractual duty of good faith and fair dealing.

      c.      Responding party learned of the problems in January of 2020 by way of text messages from Matthew Troyer relative to the late charges and expenses. As to payments and when they were made, amounts and to whom responding party is still investigating but believes that these amounts are accurately set forth in Exhibit 1 hereto.

      d.      $277,000 plus interest; attorney's fees and costs of $61,454.00 to date.

**INTERROGATORY NO. 6:**

Describe every act or omission by any Defendant to conceal or intentionally withhold information regarding the dissolution of Khona, as averred in your Fourth Amended Complaint, including without limitation:

      a.      What specific information was withheld and by whom;

4

PLAINTIFF WILEYGREEN, LLC RESPONSES TO DEFENDANTS' INTERROGATORIES, RFA AND RFP
(SET ONE)

)

b.    The basis for any duty to disclose the information to you;

c.    How and when you learned of the concealed information; and

d.    Any damages you sustained because of the concealment.

**RESPONSE TO INTERROGATORY NO. 6:**

a.    The dissolution was never made available until the deposition of Mr. Troyer.

b.    Khona was in litigation at the time and is required to disclose or at least be active in order to defend itself in a court of law in Colorado.

c.    Deposition of Matt Troyer.

d.    Additional attorneys' fees and costs, as well as the fact that Matthew Troyer testified he moved all monies remaining in the Khona account to a third party account, BAF.

**INTERROGATORY NO. 7:**

Identify all payments received by you from Khona by date and specific recipient.

**RESPONSE TO INTERROGATORY NO. 7:**

$90,000 on August 7, 2019;

$90,000 on August 14, 2019;

$240,000 on August 30, 2019

$53,000 February or March of 2020.

**INTERROGATORY NO. 8:**

As to any response to the below requests for admissions that is other than an unqualified admission, identify all facts upon which you base your refusal to admit, all persons with knowledge of these facts, and all documents related to your refusal.

**RESPONSE TO INTERROGATORY NO. 8:**

RFA #1: KushCo is a publicly traded entity.  Nowhere in the agreements is Qualified Buyer defined.

RFA #2: Responding party is not aware of what the payment schedule was between Khona and KushCo.  Responding party is aware that a lawsuit was filed by Khona for the outstanding balance.

RFA #3:  Responding party has been provided numerous numbers related to the late fees incurred by Khona and as such does not have the knowledge to admit this request.

PLAINTIFF WILEYGREEN, LLC RESPONSES TO DEFENDANTS' INTERROGATORIES, RFA AND RFP (SET ONE)

)

RFA #6: The letter dated January 6, 2020 and other correspondence (text messages) indicates that Plaintiff would consider sharing in the pro rata expense due to the delay in payment but that this was contingent upon proof of real expenses, fees and pro rata sharing by or from all other parties and the amounts thereof.  No such proof was provided.

RFA #7: WileyGreen has sufficient assets.

RFA #8: Responding party can only state that Khona was in litigaiton.

<b><u>RESPONSES TO REQUEST FOR ADMISSIONS</u></b>

**<u>REQUEST FOR ADMISSION NO. 1:</u>**

Admit that KushCo Holdings, Inc. was not a "Qualified Buyer" as that term is defined in the parties' agreements.

**<u>RESPONSE TO REQUEST FOR ADMISSION NO. 1:</u>**

Deny.

**<u>REQUEST FOR ADMISSION NO. 2:</u>**

Admit that Khona did not receive timely payment in full from KushCo Holdings, Inc. for the product supplied by Khona.

**<u>RESPONSE TO REQUEST FOR ADMISSION NO. 2:</u>**

Admit in part and deny in part.  Admit legal proceedings were instituted by Khona against KushCo Holdings for payment.  Deny to the extent that responding party is not aware of any specific payment dates or invoices and payment terms (eg. late fees, expenses) expressly stated by Khona to KushCo Holindgs and as such, were in fact "late."

**<u>REQUEST FOR ADMISSION NO. 3:</u>**

Admit that KushCo Holding, Inc.'s failure to timely pay Khona in full resulted in Khona's incurring $184,560.00 in penalties and fees to its supplier.

**<u>RESPONSE TO REQUEST FOR ADMISSION NO. 3:</u>**

Deny.

**<u>REQUEST FOR ADMISSION NO. 4:</u>**

Admit that Khona paid Davcom, Das Distribution, Dan Houng Lay, and/or Bruce Watkins a

6

PLAINTIFF WILEYGREEN, LLC RESPONSES TO DEFENDANTS' INTERROGATORIES, RFA AND RFP (SET ONE)

)

collective total of $360,000.

**RESPONSE TO REQUEST FOR ADMISSION NO. 4:**

Admit that $360,000 was paid on behalf of the above entities and/or individuals.

**REQUEST FOR ADMISSION NO. 5:**

Admit that Khona paid Joe Polizzi $112,000.

**RESPONSE TO REQUEST FOR ADMISSION NO. 5:**

Admit.

**REQUEST FOR ADMISSION NO. 6:**

Admit that you offered, via text message to Troyer, "to share fee expenses" incurred by Khona due to KushCo Holdings Inc.'s failure to make timely full payment to Khona.

**RESPONSE TO REQUEST FOR ADMISSION NO. 6:**

Deny.  This offer was not made as expressed in this request.  It was based upon a pro rata share and only viable if in fact Khona could prove legitimate expenses actually existed.  To date, they have failed to do so.

**REQUEST FOR ADMISSION NO. 7:**

Admit that WileyGreen, LLC does not have sufficient assets to pay attorney fees and/or costs if the same are awarded to Defendants in this case.

**RESPONSE TO REQUEST FOR ADMISSION NO. 7:**

Deny.

**REQUEST FOR ADMISSION NO. 8:**

Admit that Khona was dissolved in the ordinary course of business at the conclusion of its transactions with KushCo Holdings, Inc.

**RESPONSE TO REQUEST FOR ADMISSION NO. 8:**

Deny.  This request is well outside the knowledge of responding party. However, Khona was in the process of a lawsuit with Plaintiff at the time it was dissolved and such a fact, in this responding

7

PLAINTIFF WILEYGREEN, LLC RESPONSES TO DEFENDANTS' INTERROGATORIES, RFA AND RFP
(SET ONE)

)

party's opinion, would not make such a dissolution permissible or in the "ordinary course of business."

## RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS

**REQUEST FOR PRODUCTION NO. 1:**

Produce all documents referenced, relied upon, or consulted in formulating answers to the foregoing interrogatories.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 1:**

Please see Exhibit 1 hereto and the bank statements of Khona et al previously produced.

**REQUEST FOR PRODUCTION NO. 2:**

Produce all documents referenced, relied upon, or consulted in formulating responses to the foregoing requests for admission.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 2:**

Please see Exhibit 1 hereto and the bank statements of Khona et al previously produced.

**REQUEST FOR PRODUCTION NO. 3:**

Produce all documents supporting the allegations in your Fourth Amended Complaint.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 3:**

Responding party has produced all documens responsive to this request.

**REQUEST FOR PRODUCTION NO. 4:**

Produce all documents identified in your Rule 26 disclosures that have not been previously produced.

PLAINTIFF WILEYGREEN, LLC RESPONSES TO DEFENDANTS' INTERROGATORIES, RFA AND RFP (SET ONE)

)

**<u>RESPONSE TO REQUEST FOR PRODUCTION NO. 4:</u>**

Responding party has produced all documens responsive to this request

Dated:  July 1, 2022                                  DAWSON & OZANNE


By:   _____

Brendan Ozanne, Esq.
Attorneys for Plaintiff

9

PLAINTIFF WILEYGREEN, LLC RESPONSES TO DEFENDANTS' INTERROGATORIES, RFA AND RFP
(SET ONE)

)

## PROOF OF SERVICE

*Bruce Watkins, et al. v. Khona Labs, LLC.,* **Case No. 1:20-CV-00446-STV**

**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Diego, State of California. My business address is 5755 Oberlin Drive, Suite 301, San Diego, CA 92121.

On July 1, 2022, I served true copies of the following document(s) described as:

1.) **PLAINTIFF WILEYGREEN, LLC RESPONSES TO DEFENDANTS' INTERROGATORIES, REQUEST FOR ADMISSION AND REQUSET FOR PRODUCTION (SET ONE).**

on the interested parties in this action as follows:

Cyd Hunt
M. Gabriel McFarland
MCFARLAND LITIGATION PARTNERS, LLC
910 13th St., Suite 200
Golden, Colorado 80401
cyd@mcfarland.law; gabe@mcfarland.law

**BY ELECTRONIC TRANSMITTAL:** Pursuant to Code of Civil Procedure Section 1010.6, I caused the document(s) to be sent to the person(s) at the email address(es) listed above via email from the email address mshaffer@dawson-ozanne.com. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 1, 2022, at San Marcos, California.

_____
Melissa Shaffer

1

PLAINTIFF WILEYGREEN, LLC RESPONSES TO DEFENDANTS' INTERROGATORIES, RFA AND RFP (SET ONE)

)

## VERIFICATION

I have read the foregoing:

**PLAINTIFF WILEYGREEN, LLC RESPONSES TO DEFENDANTS'
INTERROGATORIES, REQUEST FOR ADMISSION AND REQUEST FOR
PRODUCTION (SET ONE)** and know its contents.

I am authorized to make this verification for and on its behalf, and I make this verification

for that reason. I am informed and believe and, on that ground, allege that the matters stated in the

foregoing document are true.

I declare under penalty of perjury under the laws of the State of Colorado that the foregoing

is true and correct.

Executed on July 1, 2022, at_____, Colorado.


_____
Bruce Watkins