**EXHIBIT 5**

| | Court Use Only |
|---|---|
| Arapahoe County Colorado District Court<br>7325 S. Potomac Street, Englewood, CO 80112 | |
| Khona Pharms, LLC, a/k/a Khona Farms, LLC, **Plaintiff**<br>vs<br>KushCo Holdings, Inc., **Defendant** | |
| Attorney for Plaintiff<br>Name:    Jeffrey C. Keiffer, Atty. Reg. #: 28056<br>Keiffer, LLC, 10465 Park Meadows Dr #108, Lone Tree, CO 80124<br>Phone Number: 303-534-3337        E-mail: Jeff@KeifferLLC.com | Case Number<br>2020CV |
| **Complaint** | |

Plaintiff, by and through counsel, Keiffer, LLC, files its Complaint against Defendant, and for its claims and causes of action states as follows:

## THE PARTIES & JURISDICTION

1.    Khona Pharms, LLC, ("Plaintiff" or "Company") is a business incorporated in Colorado, and it is duly qualified to do business in Colorado.

2.    On information and belief, Defendant KushCo Holdings, Inc. is a Nevada Corporation, with a registered agent in Colorado located in Arapahoe County.

3.    This court has subject matter jurisdiction over all claims asserted herein and personal jurisdiction over all parties.  Venue is properly laid in this district pursuant to **Colo. R. Civ. P. 98(c)**.

## GENERAL ALLEGATIONS

4.    Plaintiff and Defendant entered into a sales transaction wherein Plaintiff provided goods to Defendant, and Defendant promised to pay.

5.    The deadline for Defendant to pay came and went, without full payment.

6.    Thereafter, the Parties entered into a Promissory Note to resolve the outstanding balance. A copy of the Note is attached as **Exhibit 1.**

7.    Defendant made the first two payments as required by the Promissory Note.

8.    The third payment was due February 20, 2020.

9.    Defendant did not make any payment.

10.    Defendant is in breach.

1

KL – 00001

## FIRST CLAIM FOR RELIEF
### Breach of contract

11.    Plaintiff incorporates by reference all above paragraphs as if fully set forth herein.

12.    As memorialized by the Promissory Note, Defendant expressly promised Plaintiff to pay Plaintiff.

13.    In return and as consideration for Defendant's contractual promise, Plaintiff promised to delay initiation of a lawsuit for the collection of the amounts due.

14.    Defendant breached its contractual promises, and Plaintiff consequentially suffered damages, in a principal amount of $1,288,000.

15.    Plaintiff also suffered additional damages, including, inter alia, interest, costs, attorney's fees, all in amounts to be proven at trial, and as provided for in the Promissory Note.

## SECOND CLAIM FOR RELIEF
### (Unjust Enrichment)

16.    Plaintiffs re-incorporate all above paragraphs as though fully re-stated herein.

17.    In using Plaintiff's goods, Defendant received a benefit.

18.    Such benefit was at Plaintiff's expense.

19.    The circumstances under which Defendant received a benefit make it unjust for Defendant to retain such benefit without paying.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff, respectfully prays for judgment against Defendant upon each and all of the claims for relief asserted herein above, including and without limitation:

1.  A money judgment for all economic loss to make them whole from and against all breaches of duties owed by Defendant to Plaintiff;

2.  Statutory remedies and all other relief authorized by applicable law;

3.  An award of reasonable attorney fees, costs, and expenses incurred in this action;

4.  Prejudgment or moratory interest in accordance with law; and

5.  Such other and further relief as the Court deems just and proper under the circumstances.

KL – 00002

Respectfully submitted, Friday, February 21, 2020.

KEIFFER, LLC

*/s/ Duly Signed Copy on File at attorney's office*
/s/ Jeffrey C. Keiffer

KL – 00003