**EXHIBIT 7**

Case No. 1:20-cv-00446-RM-STV    Document 77-7    filed 10/14/22    USDC Colorado
pg 1 of 2



# INVOICE

INVOICE #072919
DATE: 7/29/2019
PAYMENT DUE DATE: OCTOBER 27, 2019

TO:
KHONA LABS LLC
5550 WEST 60TH AVENUE
ARVADA, COLORADO 80003

| DESCRIPTION | QTY | PRICE PER ($) | TOTAL |
|---|---|---|---|
| HEMP PELLETS | 100,000 | $35 | $3,500,000.00 |
| INTEREST, PENALTIES, CHARGES, AND EXPENSES | | | $351,440.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL | 100,000 | | $3,851,440.00 |

NOTES

CBDERMACEUTICALS DOES NOT OFFER TERMS. HOWEVER, WE ARE WILLING TO ACCEPT YOUR OFFER OF 90 DAY TERMS BY INCORPORATING THE FULL $44.50 (CONTRACTED AMOUNT TO KUSHCO) AS THE TOTAL AMOUNT PENALIZED IF NOT RECEIVED BY THE END OF THE TERMS. PLEASE SEE DEFINITIONS BELOW:
- 12% PENALTY ON TOTAL REMAINING BALANCE IF NOT RECEIVED WITHIN THE 90-DAY TERMS.
- MOREOVER, 1.5% INTEREST CHARGE ON REMAINING BALANCE, ACCRUING AND RECALCULATING EVERY 30 DAYS.

CBDermaceuticals, P.O. Box 181305 Denver, Colorado. (720) 722-4388

KL – 00010