**EXHIBIT 8**

KL – 00009

To: Bruce Watkins

guessing we're going to be upside down...tremendously! Khona is going to burdened by that cost. It's not a good situation. This has caused a domino effect of issues for us. Far broader than anyone realizes

Keep written records of the penalties paid, contract specifying 12% fee, monthly fees, etc.  I'm happy to share fee expenses (which should be Kushco's burden, not ours), but make no mistake Joe and I aren't walking away from over $300k in contractual broker fees without a legal fight.  We'll want copies of those records if it comes to that – I sincerely hope it won't.  I was under the impression this was being worked out without such damages