**EXHIBIT 9**

Summary

| Accounts Receivable from KushCo: | $ | 534,000.00 | 6-Aug | |
|---|---|---|---|---|
| | $ | 534,000.00 | 14-Aug | |
| | $ | 1,424,000.00 | 28-Aug | |
| | $ | 420,000.00 | 28-Oct | |
| | $ | 50,000.00 | 25-Nov | |
| | $ | 100,000.00 | 23-Dec | |
| | $ | 100,000.00 | 21-Jan | |
| | $ | 1,380,000.00 | 4-Mar | |
| | | | | |
| Total | $ | 4,542,000.00 | | |

| BROKERS: | | | | |
|---|---|---|---|---|
| Total Payout | $ | 160,000.00 | | BAF / Khona Labs |
| Total Payout | $ | 78,000.00 | | MSE Labs |
| Total Payout | $ | 196,000.00 | | **Davcom / Bruce Wiley** |
| Total Payout | $ | 112,000.00 | | Das Distribution |
| Total Payout | $ | 112,000.00 | | Soz |
| Total Payout | $ | 112,000.00 | | Joe Polizzi |
| | | | | |
| Total | $ | 770,000.00 | | |

| CLIENT: CBDerm / AF Pharma | | | | |
|---|---|---|---|---|
| Invoice Total | $ | 3,500,000.00 | | |
| Penalties & Fees | $ | 184,560.00 | | |
| Total Owed | $ | 3,684,560.00 | | |
| | | | | |
| Paid | $ | (3,192,000.00) | | |
| Recent Payments | $ | (66,000.00) | 03/05/20 | |
| Recent Payments | $ | (88,000.00) | 03/06/20 | |
| Recent Payments | $ | (50,000.00) | 09/29/20 | |
| Total Paid thus far | $ | (3,396,000.00) | | |
| | | | | |
| Balance Due | $ | 288,560.00 | | |

| SUMMARY: | | | | |
|---|---|---|---|---|
| KuschCo Payment in Full | $ | 4,542,000.00 | | |
| Brokers | $ | (770,000.00) | | |
| Payments to Client | $ | (3,396,000.00) | | |
| Amount Owed to Client | $ | (288,560.00) | | |
| Good Faith Payment to DaveCom in March 2020 | $ | (52,000.00) | | |
| | | | | |
| Balance | $ | 35,440.00 | | |