**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-00446-RM-STV

WILEYGREEN, LLC,

     Plaintiff

v.

KHONA LABS, LLC; STONEHAUS LABS, LLC; BALLINAF, LLC; MATTHEW TROYER;
and DOES 1-10,

     Defendants

---

**PLAINTIFF'S STATEMENT OF UNDISPUTED AND DISPUTED
MATERIAL FACTS**

---

| | Moving Party's Statement of Undisputed Material Facts ("MSUMF") and Supporting Evidence | Opposing Party's Response and Additional Facts and Supporting Evidence ("OSUMF") | Moving Party's Reply and Supporting Evidence ("RSUMF") |
|---|---|---|---|
| 1. | Khona and WileyGreen entered into a contract on July 25, 2019. Exh. 1, Memorandum of Understanding | Undisputed. | |
| 2. | The brokers were to receive the following amounts for the sale of Khona's product: WileyGreen ($3.50/lb), Lay ($2.00/lb), and Polizzi ($2.00/lb). Exh. 2, Sales Transaction and Compensation Notification Letter dated July 30, 2019. | Disputed. To the extent that Defendants are asserting this is per Ex. 1 referenced above that is not the case. Ex. 1 to the Decl. of Brendan K. Ozanne is the MSE/MOU giving Plaintiff authority to pay who it so chooses. | Ex. 1 to Decl. of Brendan K. Ozanne |
| 3. | WileyGreen, Lay, and Polizzi each received separate and independent payments directly from Khona as brokers via funds wired to their independent bank accounts. Exh. 3, Chase Bank Statement dated August 1 – August 30, 2019 at 2-3. | Disputed as to the terms "brokers." Defendants had no broker agreement between Polizzi and/or Lay. The only agreement was with WileyGreen, LLC. | Decl. of Brendan K. Ozanne at paragraph 5. |

| | | | |
|---|---|---|---|
| 4. | WileyGreen seeks to recover broker fees totaling $330,000 in damages that include payments allegedly due to Lay and Polizzi.  Exh. 4, Plaintiff's Response to Interrogatory No. 2 at 2. | Disputed. To the extent that Defendants are claiming that they have a broker relationship defined in a written agreement as no such documents have ever been produced and do not exist. | Decl. of Brendan K. Ozanne at paragraph 5. |
| 5. | Khona filed a Complaint against KushCo to recover amounts owed. Exh. 5, Complaint dated February 21, 2020. | Undisputed. | |
| 6. | Khona and KushCo settled Khona's action.  Exh. 6, Settlement Agreement dated March 3, 2020. | Undisputed. | |
| 7. | CBDerm imposed $351,440 in penalties and fines on Khona.  Exh. 7, CDBerm Invoice. | Disputed.  This is an invalid and inaccurate invoice. | Ex. 4 and 5 to Decl. of Brendan K. Ozanne and Decl. of Brendan K. Ozanne at paragraph 7. |
| 8. | WileyGreen agreed to "share fee expenses" regarding fees and penalties owed by Khona to CBDerm.  Exh. 8, B. Watkins text dated January 6, 2020. | Disputed. WileyGreen agreed to pay a pro rata share, but this is clarified in detail by a January 6, 2019 letter from WG to Defendants sent after the text messages in which, Plaintiff demands full payment of the $330,000. | Ex. 3 to Decl. of Brendan K. Ozanne. |
| 9. | Khona paid brokers fees of $196,000 to WileyGreen and $112,000 each to Lay and Polizzi.  Khona also made an additional $53,000 payment for brokers fees to WileyGreen.  Exh. 9, Summary of payments. | Undisputed. | |
| 10. | Khona's Answer contains the Affirmative Defense of real party in interest. Exh. 10,  Answer to Fourth Amended Complaint, Affirmative Defense 5. | Undisputed. | |

2

3

Dated this    day of November

By: /s/ Brendan K. Ozanne

Brendan K. Ozanne, Esq.
Dawson & Ozanne
5755 Oberlin Dr., Ste.301
San Diego, CA 92121
Ph: (760) 877-9552

ATTORNEYS FOR PLAINTIFF

:

3