# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00446-RM-STV

WILEYGREEN, LLC,

     Plaintiff

v.

KHONA LABS, LLC; STONEHAUS LABS, LLC; BALLINAF, LLC; MATTHEW
TROYER; and DOES 1-10,

     Defendants

---

## DEFENDANTS' REPLY STATEMENT OF UNDISPUTED
## MATERIAL FACTS

| | Moving Party's Statement of Undisputed Material Facts ("MSUMF") and Supporting Evidence | Opposing Party's Response and Additional Facts and Supporting Evidence ("OSUMF") | Moving Party's Reply and Supporting Evidence ("RSUMF") |
|---|---|---|---|
| 1. | Khona and WileyGreen entered into a contract on July 25, 2019. Exh. 1, Memorandum of Understanding | Undisputed. | |
| 2. | The brokers were to receive the following amounts for the sale of Khona's product: WileyGreen ($3.50/ lb), Lay ($2.00/lb), and Polizzi ($2.00/lb). Exh. 2, Sales Transaction and Compensation Notification Letter dated July 30, 2019, at 2. | Disputed. To the extent that Defendants are asserting this is per Exh. 1 referenced above that is not the case. Exh. 1 to the Decl. of Brendan K. Ozanne is the MSE/MOU giving Plaintiff authority to pay who it so chooses. Exh. 1 to Decl. of Brendan K. Ozanne | The contract identified the recipients of broker fees (and set out the specific payment calculations) to be paid by Khona to WileyGreen, Lay and Polizzi. Exh. 2, Sales Transaction and Compensation Letter dated July 30, 2019, at 2. |

| | | | |
|---|---|---|---|
| 3. | WileyGreen, Lay, and Polizzi each received separate and independent payments directly from Khona as brokers via funds wired to their independent bank accounts. Exh. 3, Chase Bank Statement dated August 1 – August 30, 2019, at 2-3. | Disputed as to the terms "brokers." Defendants had no broker agreement between Polizzi and/or Lay. The only agreement was with WileyGreen, LLC., Decl. of Brendan K. Ozanne at paragraph 5. | Regardless of label, WileyGreen, Lay and Polizzi received payments directly from Khona, as set out in the contract, via funds wired to their separate accounts. See, e.g., Exh. 3, Chase Bank Statement dated August 1 – August 30, 2019, at 2-3. |
| 4. | WileyGreen seeks to recover broker fees totaling $330,000 in damages that include payments allegedly due to Lay and Polizzi. Exh. 4, Plaintiff's Response to Interrogatory No. 2 at 2. | Disputed. To the extent that Defendants are claiming that they have a broker relationship defined in a written agreement as no such documents have ever been produced and do not exist. Decl. of Brendan K. Ozanne at paragraph 5. | This fact does not appear to be disputed despite comments made by WileyGreen in its Response Statement of Facts that addresses a different issue. |
| 5. | Khona filed a Complaint against KushCo to recover amounts owed. Exh. 5, Complaint dated February 21, 2020. | Undisputed. | |
| 6. | Khona and KushCo settled Khona's action. Exh. 6, Settlement Agreement dated March 3, 2020. | Undisputed. | |
| 7. | CBDerm imposed $351,440 in penalties and fines on Khona. Exh. 7, CDBerm Invoice. | Ex. 4 and 5 to Decl. of Brendan K. Ozanne and Decl. of Brendan K. Ozanne at paragraph 7. | The invoice at issue was prepared by CBDerm, a nonparty to this case. Exh 7, CBDerm Invoice. |

| | | | |
|---|---|---|---|
| 8. | WileyGreen agreed to "share fee expenses" regarding fees and penalties owed by Khona to CBDerm.  Exh. 8, B. Watkins text dated January 6, 2020. | Disputed. WileyGreen agreed to pay a pro rata share, but this is clarified in detail by a January 6, 2019, letter from WG to Defendants sent after the text messages in which, Plaintiff demands full payment of the $330,000. Exh. 3 to Decl. of Brendan K. Ozanne. | In its Response Statement of Facts, WileyGreen admits that it "agreed to pay a pro rata share" of fees and penalties owed by Khona to DBDerm. |
| 9. | Khona paid brokers fees of $196,000 to WileyGreen and $112,000 each to Lay and Polizzi.  Khona also made an additional $53,000 payment for brokers fees to WileyGreen.  Exh. 9, Summary of payments. | Undisputed. | |
| 10. | Khona's Answer contains the Affirmative Defense of real party in interest.  Exh. 10,  Answer to Fourth Amended Complaint, Affirmative Defense 5. | Undisputed. | |

Dated this 29th day of November, 2022.

Respectfully submitted,

**MCFARLAND LITIGATION PARTNERS, LLC**

s/ *Frederick T. Winters*
Frederick T. Winters
Cyd Hunt
M. Gabriel McFarland

910 13th St., Suite 200
Golden, Colorado 80401
303.279.8300
fwinters@mcfarland.law
cyd@mcfarland.law
gabe@mcfarland.law

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2022, a true and correct copy of the foregoing **DEFENDANTS' REPLY STATEMENT OF UNDISPUTED MATERIAL FACTS** has been filed with the Clerk of Court using the CM/ECF system with a copy served upon the following:

**DAWSON & OZANNE**
Brendan Ozanne
brendan@dawson-ozanne.com

s/*Baylee L. Reinstein*
Baylee L. Reinstein